JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANGEL MONSIVAIS, | ) | NO. CV 15-09695-R (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JACK FOX, | ) | |
| Respondent | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 28, 2016

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE